# United States Court of Appeals
## For the First Circuit

No. 16-1113

MIGUEL R. VALENTIN

Plaintiff - Appellant

v.

CHRISTOPHER M. PACHECO; LEO MARCHAND; PAUL WALSH

Defendants - Appellees

PETER A. PEPE, JR.; MATTHEW J. BURNIEIKA; COLLETTE M. MANNION; MICHAEL P. DELAHOYDE; 3 JOHN DOES

Defendants

**MANDATE**

Entered: May 23, 2016

In accordance with the judgment of April 29, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
James A. Bello
Richard Elkins Gordon Jr.
William D. Saltzman
Miguel Valentin